D. S. Meyers, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 168 App. Div. 947, 153 N. Y. Supp. 1143.

SCHOTT, Appellant, v. PENNSYLVANIA R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Julia A. Schott, as administratrix, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

SCHUSLER, Respondent, v. KERTSCHER & CO., Appellants. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by George H. Schusler against Kertscher & Co. No opinion. Judgment and order unanimously affirmed, with costs.

SCHUTRICK, Respondent, v. DOUGLAS, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Lillian Schutrick against Alexander Douglas. No opinion. Motion to dismiss appeal denied, on condition that defendant perfect the appeal, place the case on the November calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SCHWARTZ v. SABLE. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Isaac Schwartz against Louis A. Sable. No opinion. Application denied, with $10 costs. Order signed. See, also, 154 N. Y. Supp. 121.

SCHWEITZER, Respondent, v. LETZ, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by Peter Schweitzer against Hans Letz. No opinion. Order affirmed, with $10 costs and disbursements.

In re SCOTT. (Supreme Court, Appellate Division, First Department. November 12, 1915.) In the matter of William Scott, deceased. Appeal withdrawn. Order filed.

In re SCOVILL et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) In the matter of the judicial settlement of the accounts of Edward Tracy Scovill and another, as executors, etc., of John Hyland, deceased. In the matter of the claim of Margaret E. Clark. No opinion. Order 88 Misc. Rep. 364, 150 N. Y. Supp. 1070, affirmed, with $10 costs and disbursements.

S. C. POSNER, Inc., Appellant, v. JACKSON et al., Respondents. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by S. C. Posner, Incorporated, against Emanuel A. Jackson and others. E. E. Wise, of New York City, for appellant. No opinion. Judgment affirmed, with costs, on the authority of Posner v. Jackson, 166 App. Div. 920, 152 N. Y. Supp. 1105. Order filed. See, also, 151 N. Y. Supp. 1144.

In re SEAMAN'S ESTATE. (Supreme Court, Appellate Division, First Department. October 22, 1915.) In the matter of the estate of Egbert B. Seaman, deceased. No opinion. Decree affirmed, with costs. Order filed.

SELIGMAN v. FREEHOFF. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Harry Seligman against Louis Freehoff. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SELIGMAN v. FREEHOFF. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Morris Seligman against Louis Freehoff. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

SHAMEL et al., Respondents, v. BAVOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1915.) Action by John Shamel and another against Ella Bavor. No opinion. Order affirmed, with costs.

SHARROW, Respondent, v. STADACONA S. S. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Frank Sharrow, as administrator, etc., against the Stadacona Steamship Company. No opinion. Judgment and order affirmed, with costs.

SHEA v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Richard Shea for compensation under the Workmen's Compensation Law (Consol. Laws. c. 67) against the Lehigh Valley Railroad Company, employer.

PER CURIAM. Award affirmed, upon the authority of Matter of Winfield, 168 App. Div. 351, 153 N. Y. Supp. 499.

SMITH, P. J., dissents. KELLOGG, J., not sitting.

SHEAVE, Appellant, v. LEHIGH VALLEY COAL CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Joseph Sheave against the Lehigh Valley Coal Company. H. C. Smyth, of New York City, for appellant. C. P. Williamson, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

SHEPPARD, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, Third Department, October 1, 1915.) Action by John S. Sheppard against Charles S. Fisher. No opinion. Order affirmed, with $10 costs and disbursements.

SHORT, Appellant, v. CORNING & P. P. ST. RY., Respondent. (No. 453). (Supreme Court, Appellate Division, Fourth Department. October 13, 1915.) Action by John J. Short against the Corning & Painted Post Street Railway. No opinion. Judgment and order (154 N. Y. Supp. 236) affirmed, with costs.

SIEGEL v. LESE. (Supreme Court, Appellate Division, First Department. October 29;